# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156645-6

*In re* K. R. MANNOR, Minor.

SC: 156645-6
COA: 337115, 338051
Newaygo CC Family Division:
16-008834-NA

_____/

On order of the Court, the application for leave to appeal the September 12, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2017



Clerk

s1212